No. 215, Misc. PERKINS *v.* UTECHT, WARDEN. Supreme Court of Minnesota. Certiorari denied.

NOVEMBER 13, 1950.

No. 5. COMPAGNA ET AL. *v.* HIATT, WARDEN.

Argued October 9–10, 1950. Decided November 13, 1950. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Wm. Scott Stewart* argued the cause for petitioners. With him on the brief was *A. Walton Nall. Stanley M. Silverberg* argued the cause for respondent. With him on the brief were *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Philip R. Monahan.*

No. 292. MOLSEN *v.* YOUNG, INSPECTOR IN CHARGE, U. S. IMMIGRATION AND NATURALIZATION SERVICE.

*Per Curiam:* The petition for writ of certiorari is granted. The joint motion of petitioner and the Solicitor General for remand of this case is granted. The judgments of the Court of Appeals and the District Court are vacated and the cause is remanded to the District Court for consideration of the effect of § 25 of the Subversive Activities Control Act of 1950, 64 Stat. 987, 1013, with leave to each party to present further evidence upon the material issues of the case. *Searcy L. Johnson* for petitioner. *Solicitor General Perlman* for respondent.